UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TK HOLDINGS, INC.,

    Plaintiff/Counter-Defendant,

-vs-

CTS CORP., et al.,

    Defendants/Counter-Plaintiff.
_____/

Case No. 08-14266

Hon: AVERN COHN

**CTS CASE**

## ORDER

This is a patent case. Discovery is ongoing. Before the Court are the following motions: CTS's Motion for Order on TK's Waiver of Attorney-Client Privilege (Doc. 89); CTS's Motion for an In Camera Review of Document (Doc. 90).

On July 13, 2011, the Court held a phone conference with the parties regarding the motions prior to TK filing a formal response. Based upon the discussion during the conference, the Court is satisfied that the allegedly privileged sixty-two (62) documents at issue must be either returned or destroyed in accordance with paragraph 19 of the Protective Order (Doc. 80).[1] See Exhibit A attached.

Other matters discussed during the conference abide the filing of appropriate motions.

---

[1] The Oxford English Dictionary defines "inadvertent" in part as follows: "Not properly attentive or observant; inattentive, negligent; heedless." See http://www.oed.com/view/Entry/93041?redirectedFrom=inadvertent#eid (last visited July 13, 2011).

This order renders the motions referenced in the first paragraph MOOT.

Any objections to this order must be filed within five (5) days.

SO ORDERED.

                                          S/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 18, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 18, 2011, by electronic and/or ordinary mail.

                                          S/Julie Owens
                                          Case Manager, (313) 234-5160